FRANK v. SUFFORD. (No. 6307.)

(Court of Civil Appeals of Texas. San Anto-
nio. Oct. 8, 1919.)

ELECTIONS ⊛⟶305(1)—APPEAL ONLY MODE FOR
REVIEW IN ELECTION CONTEST.

Under Vernon's Sayles' Ann. Civ. St. 1914,
art. 3065, a decision in an election contest can
be reviewed only by appeal, and a writ of er-
ror to review the same must be dismissed.

Error from District Court, Brooks County;
V. W. Taylor, Judge.

Election contest between George O. Frank
and Ed. Sufford. There was a judgment for
the latter, and the former brings error. Writ
dismissed.

Terrell & Terrell, of San Antonio, for
plaintiff in error.

J. W. Wilson, of Falfurrias, for defendant
in error.

COBBS, J. This controversy grew out of
a contested election case. It is brought to
this court by an application for a writ of er-
ror.

⊛⟶For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

Defendant in error files a motion to dismiss the same upon the ground that this court has no jurisdiction to entertain it, because it can only reach this court by appeal.

Such seems to be the settled law. Article 3065, Vernon's Sayles' St.; Buckler v. Turbeville, 17 Tex. Civ. App. 120, 43 S. W. 810; Jackson et al. v. Butler et al., 38 Tex. Civ. App. 613, 86 S. W. 772.

The motion therefore is granted, and the cause dismissed for want of jurisdiction.

---

⬤⟿For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes